# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JON C. SAVAGE,<br><br>  Plaintiff,<br><br>  v.<br><br>THE HOME DEPOT, INC. AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>  Defendants. | Case No. 2:12-CV-02813-LKK-KJN<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

The Court having read and considered the stipulation to dismiss pursuant to FRCP 41(A)(1), and with good cause appearing, this action is dismissed with prejudice.

DATED: January 16, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

14134807.1